IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JACK BRYANT                                                                          PLAINTIFF

VS.                                        CASE NO. 05-CV-1056

UNUM LIFE INSURANCE
COMPANY OF AMERICA                                                   DEFENDANT

## ORDER

Before the Court is a Stipulation for Dismissal with Prejudice filed on behalf of the parties in the above styled and numbered cause of action. (Doc. No. 3). The parties herein stipulate that they have settled the case. They request that the Court enter an Order dismissing the lawsuit with prejudice, with each party to bear their own costs and attorneys's fees. Upon consideration, the Court finds that the above styled and numbered cause of action should be and hereby is **dismissed** with prejudice, and each part is responsible for their own costs and attorneys's fees.

IT IS SO ORDERED, this 13th day of September, 2005.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge